979 A.2d 843

**Adrienne SMITH, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 103 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 18, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**